# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |   |
|---|---|---|
| **UNITED STATES ASSOCIATION OF REPTILE KEEPERS, INC.,** | ) ) ) ) |   |
| Plaintiff, | ) ) |   |
| v. | ) ) | Civil Action No. 13-2007 (RDM) |
| **THE HONORABLE SALLY JEWELL, et al.,** | ) ) ) ) |   |
| Defendants. | ) ) |   |

## ORDER AND PRELIMINARY INJUNCTION

For the reasons stated in this Court's May 12, 2015 Opinion (Dkt. 52) and the Opinion issued on this day, it is hereby **ORDERED** that Plaintiff's motion for preliminary injunction is **GRANTED** in part; it is further

**ORDERED** that, effective fourteen days from the date of this Order and continuing until further order of this Court, Defendants the Honorable Sally Jewell and the United States Fish and Wildlife Service ("Defendants"), along with any of their officers, agents, servants, employees, and other persons who are in concert or participation with them, are hereby **ENJOINED** from implementing, enforcing, or otherwise giving effect to the Final Rule promulgated March 10, 2015 (the "2015 Rule"), 80 Fed. Reg. 12,702 (March 10, 2015), (1) with respect to transportation by any Plaintiff or member of Plaintiff United States Association of Reptile Keepers

("USARK")[1] of the reticulated python and/or green anaconda between any two States within the continental United States[2] other than Texas and Florida, and (2) with respect to transportation by a Plaintiff or member of USARK of the reticulated python and/or green anaconda from either Texas or Florida to any State within the continental United States other than Texas and Florida. This injunction does not prohibit, among other things, (1) implementation of the 2015 Rule or any enforcement activity targeting importation of any listed species into the United States from a foreign nation; (2) any enforcement activity targeting any transportation of the Beni anaconda or DeSchauensee's anaconda; (3) any enforcement activity predicated on a violation of the law of any State pursuant to 16 U.S.C. § 3372(a)(2); or (4) any enforcement activity targeting transportation of any species between the District of Columbia, Hawaii, Puerto Rico, or any territory or possession of the United States and any State within the continental United States.  It is further

  **ORDERED** that proceedings in this case shall be stayed for a period of 60 days from the date of this Order or, in the event that any party files a notice of appeal, until the termination of proceedings in the Court of Appeals.  This stay shall not, however, preclude further briefing on, or the resolution of, the motion of prospective intervenor the Humane Society of the United States to intervene.  It is further

  **ORDERED** that Defendants shall respond to the Second Amended Complaint (Dkt. 38) within 21 days of the date on which the stay of proceedings is lifted.  It is further

---

[1] For purposes of this Order, a "member of Plaintiff United States Association of Reptile Keepers" or a "member of USARK" is a person or entity that was a member of USARK on April 8, 2015.

[2] For the purposes of this Order, the term "continental United States" refers to the 48 contiguous States and Alaska.

**ORDERED** that Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 22) is **DENIED** as moot.  It is further

**ORDERED** that Defendants shall file the administrative record within 45 days of the date on which the stay of proceedings is lifted.

/s/ Randolph D. Moss
RANDOLPH D. MOSS
United States District Judge

Date:  May 19, 2015