IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES ASSOCIATION OF REPTILE KEEPERS, INC.**, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> **S.M.R. JEWELL** *et al.*, <br><br>  Defendants. | Civil No. 1:13-cv-2007-RDM |

## STIPULATION

**WHEREAS** on March 10, 2015, the Federal Defendants published a rule, 80 Fed. Reg. 12,702 (Mar. 10, 2015), ("the March 2015 Rule"), adding four species of large constrictor snakes to the list of injurious wildlife under the Lacey Act, 18 U.S.C. § 42(a)(1), 50 C.F.R. § 16.15, including the reticulated python and the green anaconda;

**WHEREAS** Plaintiffs the United States Association of Reptile Keepers ("USARK"), *et al.*, challenged the March 2015 Rule through their Second Amended Complaint and moved this Court to preliminarily enjoin the March 2015 Rule;

**WHEREAS** on May 12, 2015, the Court granted Plaintiffs' motion for a preliminary injunction;

**WHEREAS** on May 19, 2015 this Court issued an Order and Preliminary Injunction (ECF No. 61) ("PI Order") ordering that, effective June 2, 2015, Federal Defendants were enjoined from "implementing, enforcing or otherwise giving effect to" the March 2015 Rule, "(1) with respect to transportation by any Plaintiff or member of [USARK] of the reticulated

python and/or green anaconda between any two States within the continental United States other than Texas and Florida, and (2) with respect to transportation by a Plaintiff or a member of USARK of the reticulated python and/or green anaconda from either Texas or Florida to any State within the continental United State other than Texas and Florida." PI Order at 1-2;

**WHEREAS,** for purposes of the injunction, a member of USARK is a person or entity that was a member of USARK on April 8, 2015. PI Order at 2 n.1;

**WHEREAS**, for purposes of the PI Order, USARK's counsel represents that a USARK member is any individual or entity who either (1) made both a membership dues payment or payments or contribution(s) totaling at least $20 in cash or in kind after January 1, 2014 and made or makes a renewing payment or payments or contribution(s) of at least $20 in cash or kind in 2015; or (2) made an initial membership dues payment or payments or contribution(s) totaling at least $20 in cash or in kind between January 1, 2015, and April 8, 2015;

**WHEREAS,** USARK, according to its undersigned counsel, has thus far identified approximately 200 persons or entities who (1) were USARK members on April 8, 2015, (2) own, breed, or trade in reticulated pythons or green anacondas or may do so in the future, and (3) have indicated to USARK that they want the opportunity to take advantage of the preliminary injunction imposed in the PI Order;

**WHEREAS**, in response to the Federal Defendants' request for a list of USARK members as of April 8, 2015, USARK represented that it did not have a unitary membership list and that, even if it were to compile one, it believes such membership information would be constitutionally privileged such that the government would not be entitled to it; and

**WHEREAS**, the parties have conferred and reached agreement about the implementation of the preliminary injunction with respect to USARK members.

The parties hereby agree and stipulate as follows:

1. No later than June 12, 2015, based on its records or other information, USARK will send a USARK membership certification letter ("membership certification letter") to individuals and entities who (1) were members of USARK on April 8, 2015, and (2) have requested a letter from USARK confirming membership.

2. USARK will state in the membership certification letter described in Paragraph 1 that, under USARK's criteria for membership, the recipient of the letter was a USARK member on April 8, 2015.

3. No later than June 16, 2015, USARK will report via email to counsel for the Federal Defendants the total number of USARK members who have received the membership certification letter described in Paragraph 1.

4. After June 12, 2015, if USARK issues any additional membership certification letters, it must notify counsel for the Federal Defendants via email within one week of such issuance and disclose in that notification the total number of additional membership certification letters it has issued since June 12, 2015.

5. In the event that a USARK member is the subject of a federal inquiry, investigation, enforcement action, or other action where the federal government must determine whether the individual or entity is covered by the PI Order, the individual or entity may present a valid membership certification letter or true copy of a valid membership

certification letter to the federal government official(s) to establish their membership status.

6. For the purpose of export of green anacondas and/or reticulated pythons that were transported to a port within the continental United States from another state within the continental United States, members of USARK and/or their common carrier agent may present U.S. Fish and Wildlife Service officials with a true copy of a valid membership certification letter. The parties further agree that, so long as such a shipment of green anacondas and/or reticulated pythons for export as described in the first sentence of this paragraph (1) was not transported through Florida or Texas, and (2) is being exported from a port that is not in Florida or Texas, such a valid membership certification letter will qualify the USARK member and/or their common carrier agent for the injunction set forth in the PI Order.  All other applicable requirements under 50 C.F.R. parts 13, 14, and 23 also apply to such exports.

7. If an individual or entity claims to be a USARK member as of April 8, 2015 but cannot produce the membership certification letter and seeks to claim the benefit of the preliminary injunction issued in the PI Order, the federal government official(s) shall (1) inform the individual or entity that they must obtain a membership certification letter from USARK and (2) grant the individual or entity a reasonable amount of time no less than 72 hours to produce the membership certification letter via email, fax or other means.  In the event that counsel for USARK informs counsel for the Federal Defendants and the federal government official(s) that USARK staff is not available to investigate and confirm membership and issue a membership certification letter within 72 hours, the federal government official(s) shall extend the 72-hour period for a reasonable period of

time no more than an additional 72 hours. Export cannot occur until a true copy of a valid membership certification letter has been provided to the appropriate U.S. Fish and Wildlife Service officials.

8. If the individual or entity described in Paragraph 7 is not able to produce the membership certification letter pursuant to the provisions set forth in Paragraph 7 and the government enforces the March 2015 Rule against that individual or entity, Plaintiffs agree that such action is not a violation of the PI Order.

9. In the event the PI Order is vacated, the terms of this Stipulation are null and void.

Dated: June 12, 2015       Respectfully submitted,

      /s/ Meredith L. Flax
Meredith L. Flax
Senior Trial Attorney (D.C. Bar 468016)
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 305-0404
Fax: (202) 305-0275
Email: meredith.flax@usdoj.gov

*Attorney for Federal Defendants*

      /s/ Shaun M. Gehan
Shaun M. Gehan
D.C. Bar No. 483720
THE LAW OFFICE OF SHAUN M. GEHAN
3050 K Street, N.W. – Suite 400
Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

David E. Frulla
D.C. Bar No. 414170
KELLEY DRYE & WARREN LLP
3050 K Street, N.W. – Suite 400

Washington, D.C. 20007
Telephone: (202) 342-8400
Facsimile: (202) 342-8451

*Attorneys for Plaintiffs*